# United States District Court
## *Southern District of Georgia*

Savannah-Chatham Fair Housing Council, Inc.,
_____
Plaintiff

v.

Karima Group LLC, Carlisle Village LLC (cont. on next page)
_____
Defendant

Case No. 4:19-cv-00352-RSB-CLR

Appearing on behalf of
Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __28th__ day of __January__, __2020__.

*/s/ Christopher L. Ray*
UNITED STATES MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Christopher Brancart |
| Business Address: | Brancart & Brancart |
| | Firm/Business Name |
| | 8205 Pescadero Creek Road |
| | Street Address |
| | Loma Mar — CA — 94021 |
| | Street Address (con't) — City — State — Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 — City — State — Zip |
| | (650) 879-0141 — N/ |
| | Telephone Number (w/ area code) — Georgia Bar Number |
| Email Address: | cbrancart@brancart.com |

# United States District Court
## *Southern District of Georgia*

Savannah-Chatham Fair Housing Council, Inc.,
_____
Plaintiff

v. Karima Group LLC, Carlisle Village LLC
(cont. on next page)
_____
Defendant

Case No. ____4:19-cv-00352-RSB-CLR____

Appearing on behalf of : _____
Plaintiff
_____
(Plaintiff/Defendant)

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, ____Christopher Brancart____ hereby requests permission to appear pro hac vice in the subject case filed in the ____Savannah____ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, Central, Eastern, Northern, and Southern Districts of California, Nevada, N. Dakota.

*Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates ____S. Wesley Woolf____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __30th__ day of __December__, __2019__.

/s/ Christopher Brancart
_____
(Signature of *Petitioner*)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, ____S. Wesley Woolf____, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

This __31__ day of __December, 2019__.

| 776175 | Signature of Local Counsel |
|---|---|
| Georgia Bar Number | |
| (912) 201-3696 | (Law Firm) |
| Business Telephone | 408 East Bay Street (Business Address) |
| | Savannah, GA 31401 (City, State, Zip) |
| | (Mailing Address) |
| | woolf@woolflawfirm.net (Email Address) |

# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Christopher Brancart__ , Bar No. __128475__

was duly admitted to practice in this Court on __July 9, 1987__
<br>*DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __December 30, 2019__
<br>*Date*

KIRY K. GRAY
Clerk of Court

By __/s/ Lori Muraoka__
Lori Muraoka , Deputy Clerk

G-52 (10/15)     CERTIFICATE OF GOOD STANDING - BAR MEMBER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SAVANNAH-CHATHAM FAIR HOUSING COUNCIL<br><br>Plaintiffs,<br><br>vs.<br><br>KARIMA GROUP LLC, CARLISLE VILLAGE LLC, TOWNE PARK 82 LLC, ARTLANTIC INC., WALTER BEHRMANN, BRIDGET GRAHAM, and CHUCK DICKERSON,<br><br>Defendants. | Case No. 4:19-cv-00352-RSB-CLR<br><br>PRO HAC VICE APPLICANT'S LIST OF APPEARANCES |

Pursuant to Local Rule 83.4, Pro Hac Vice applicant Christopher Brancart provides the following list of cases filed in this Court in which he has appeared:

- SCFHC v. Genesis, No. 4:06-cv-00096-WTM-GRS
- SCFHC v. Davis, No. CV-406-01
- SCFHC v. Morgan, No. 4:07-cv-00125-BAE-GRS
- Price v. Walker, No. 6:10-cv-00022-JRH-GRS
- Hamilton v. Lanier, No. 4:15-cv-012
- Sams v. West Gate, No. 4:15-cv-00282-WTM-GRS

Dated: December 30, 2019.

Respectfully submitted,

BRANCART & BRANCART

/s/ Christopher Brancart
Christopher Brancart
(CA Bar No. 128475)
Post Office Box 686
Pescadero, California  94060
Tel:    (650) 879-0141
Fax:    (650) 879-1103


S. WESLEY WOOLF, P.C.
   S. Wesley Woolf (GA Bar No. 776175)
408 East Bay Street
Savannah, GA 31401
Tel: (912) 201-3696
Fax: (912) 236-1884

Attorneys for Plaintiffs