IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SAVANNAH-CHATHAM COUNTY FAIR HOUSING COUNCIL, INC., <br><br> Plaintiff, <br><br> v. <br><br> KARIMA GROUP, LLC, et al., <br><br> Defendants. | CIVIL ACTION NO.: 4:19-cv-352 |

**O R D E R**

By way of separate Order, the Court has entered on the docket a Consent Decree and Final Order ("Consent Decree") that fully resolves the above-captioned action. The parties have requested that the Court dismiss the action but retain jurisdiction to enforce the terms of the Consent Decree. (See doc. 99, p. 2.) As explained by the parties, certain terms and requirements are to be accomplished over specified periods of time (in some cases, over the course of multiple years). The Court thus finds it appropriate to grant the parties' request. See Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375, 381–82 (1994). Accordingly, the Court **DISMISSES** with prejudice any and all pending claims, counterclaims and crossclaims asserted amongst the parties and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case. However, given that the parties have all consented to the Court retaining jurisdiction over this case for the purpose of enforcing the Consent Decree, the Court **RETAINS** jurisdiction to enforce the terms of that document.

**SO ORDERED**, this 26th day of January, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA